Stanton

ORIGINAL

PRESENT: **MEMO ENDORSED**

Hon. _____

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PURSUIT INVESTMENT MANAGEMENT, LLC :
and PURSUIT CAPITAL MANAGEMENT :
FUND I, L.P., : 15 CV 02754 (LLS)
 :
 Plaintiffs, : New York State Index No.:
 : 650916/2015
 -against- :
 :
PHILIP CHAPMAN, :
ALPHA BETA CAPITAL PARTNERS, L.P., :
CLARIDGE ASSOCIATES, LLC, : **ORDER TO SHOW CAUSE**
JAMISCOTT LLC, LESLIE SCHNEIDER, :
LILLIAN SCHNEIDER, individually and as the :
PERSONAL REPRESENTATIVE OF THE :
EXECUTOR OF THE ESTATE OF LEONARD :
SCHNEIDER, HARRIS, O'BRIEN, :
ST. LAURENT AND CHAUDHRY LLP, :
JONATHAN HARRIS, ANDREW ST. LAURENT, :
and REED SMITH LLP, :
 :
 Defendants. :
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/15

Upon the Order to Show Cause executed by the Honorable Geoffrey D. Wright and the Honorable Richard Braun on March 25, 2015 and March 27, 2015, respectively, and the Affirmation of Peter S. Cane dated March 23, 2015 and the exhibits thereto and all prior proceedings herein, it is hereby:

**ORDERED** that Defendants herein show cause before this Court at the United States District Court for the Southern District of New York at the David Moynihan Courthouse, Courtroom 21·C, 500 Pearl Street, New York, New York on the 8th day of May, 2015 LLS at 3 p.m. or as soon thereafter as counsel may be heard, why an Order should not be LLS

entered directing the Clerk of the Court to seal the entire file in the above-captioned action pending the hearing and determination of the parties' competing motions to remand and transfer this action and for such other and further relief as the Court deems just and proper; and it is further  *except for this motion* LLS

**ORDERED** that pending a determination of this application, giving full faith and credit to the orders of Justice Write and Justice Braun, "access to the file for this action shall be restricted by the Clerk of the Court to everyone except the parties, their attorneys and authorized court personnel;" and it is further

**ORDERED** that service of a copy of this Order and the papers on which it is based shall be deemed good and sufficient if made by email and regular mail to counsel for Defendants on or before __5__ a.m./**p.m.**, *Friday Apr 24*, 2015; and it is further   LLS

**ORDERED** that responsive papers, if any, shall be served on Plaintiffs by email and regular mail on or before __5__ a.m./**p.m.** *Thurs. April 30*, 2015; and it is further   LLS

**ORDERED** that Plaintiffs' reply, if any, shall be served on Defendants by email and regular mail on or before __5__ **p.m.**/p.m., *Wed. May 6*, 2015.   LLS

DATED:
ISSUED: *April 23, 2015*
  *4:15 p.m*

_____
*Louis L. Stanton*
United States District Judge

---

*This application for a sealing order is denied, for the reasons stated upon the record today. The Clerk is directed to unseal all materials previously filed under seal, and place them on the public docket. So Ordered.*

MEMO ENDORSED ²       *Louis L. Stanton*
                         *5/8/15*